UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLORENCE MWENDE MUSAU,<br>a/k/a "Catherine Muthoki," a/k/a<br>"Precious Adams," a/k/a "Sarah James,"<br><br>Defendant. | Criminal No.  21cr10190<br><br>Violation:<br><br>Count One: Conspiracy to Commit Bank Fraud and Wire Fraud<br>(18 U.S.C. § 1349)<br><br>Forfeiture Allegation:<br>(18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A) and 28 U.S.C. § 2461) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. The defendant FLORENCE MWENDE MUSAU ("MUSAU"), also known as "Catherine Muthoki," also known as "Precious Adams," also known as "Sarah James," was a citizen of Kenya who resided in Massachusetts.

2. Co-Conspirator-1 ("CC-1") was an individual who resided in Massachusetts.

3. Victim-1 was an individual who resided in Illinois.

4. Victim-2 was an individual who resided in California.

5. Victim-3 was an individual who resided in Illinois.

6. Santander Bank, N.A. ("Santander Bank"), Bank of America Corporation ("Bank of America"), and Citizens Financial Group, Inc. ("Citizens Bank") were federally insured financial institutions as defined in Title 18, United States Code, Section 20.

7. A "romance scam" generally involves perpetrators creating fictitious profiles on online dating or social media websites, gaining the trust of potential victims, and then directing those victims to transfer money under false pretenses.

## Overview of the Conspiracy and the Scheme to Defraud

8. From in or about 2018 through in or about 2020, MUSAU, together with CC-1 and others known and unknown to the U.S. Attorney, engaged in a conspiracy and scheme to defraud victims via romance scams. As part of the conspiracy, MUSAU used aliases and fake passports to open fraudulent bank accounts in order to collect the proceeds of the fraud, and then executed large cash withdrawals from the accounts, generally structured in amounts of less than $10,000, in an effort to avoid detection.

## Objects and Purposes of the Conspiracy

9. The principal objects of the conspiracy were to commit bank fraud and wire fraud. The principal purposes of the conspiracy were to obtain money from victims via romance scams and to avoid detection by law enforcement.

## Manner and Means of the Conspiracy and Scheme to Defraud

10. Among the manner and means by which MUSAU, together with CC-1 and co-conspirators known and unknown to the U.S. Attorney carried out the conspiracy and the scheme to defraud were the following:

    a. Creating fictitious online dating and social media profiles;

    b. Contacting victims using fake online personas;

    c. Developing online romantic relationships with victims under false pretenses;

    d. Opening fraudulent bank accounts using aliases and fake passports;

  e.  Requesting that the victims send money to the fraudulent bank accounts under false pretenses;

  f.  Rapidly withdrawing the funds sent by victims, generally in structured amounts; and

  g.  Abandoning or closing the fraudulent bank accounts with minimal balances.

<u>Acts in Furtherance of the Conspiracy and the Scheme to Defraud</u>

11. On various dates between in or about 2018 and in or about 2020, MUSAU, CC-1, and others known and unknown to the U.S. Attorney committed and caused to be committed the following acts in furtherance of the conspiracy and the scheme to defraud:

12. In or about 2018, Co-Conspirator-2 ("CC-2") met Victim-1 online and told her that he was a member of the United States military serving in the Middle East, and that he wanted to obtain his early military retirement benefits so that he could return to the United States to live with her.

13. In or about January 2019, Co-Conspirator-3 ("CC-3"), representing himself to be CC-2's supervisor in the military, told Victim-1 that she needed to send money to CC-2 so that he could apply for military retirement benefits and travel back to the United States.

14. On or about April 6, 2019, MUSAU used a fake Great Britain passport in the name of "Catherine Muthoki" to open a Santander Bank account (the "Santander Muthoki account") in Massachusetts. To open that account, MUSAU provided the bank with the mailing address of CC-1 in Dorchester, Massachusetts.

15. On or about May 13, 2019, CC-2 and CC-3 requested that Victim-1 send $20,000 to the Santander Muthoki account.

16. From on or about May 13, 2019 to on or about May 21, 2019, MUSAU withdrew the romance scam proceeds from the Santander Muthoki account in several structured transactions in Massachusetts.

17. On or about May 28, 2019, CC-2 and CC-3 requested that Victim-1 send $20,000 to the Santander Muthoki account.

18. From on or about May 28, 2019 to on or about June 7, 2019, MUSAU withdrew the romance scam proceeds from the Santander Muthoki account in several structured transactions in Massachusetts.

19. In or about January 2020, Co-Conspirator-4 ("CC-4") met Victim-2 online and told him that she worked at a refugee camp in the Middle East, and that she wanted to leave the camp to start a new life in the United States with Victim-2.

20. On or about September 13, 2019, MUSAU used a fake South African passport in the name of "Precious Adams" to open a Citizens Bank account (the "Citizens Adams account") in Massachusetts. To open that account, MUSAU provided the bank with the mailing address of CC-1 in Dorchester, Massachusetts.

21. In or about February 2020, CC-4 requested that Victim-2 send $7,800 to the Citizens Adams account.

22. On or about February 26 and 27, 2020, MUSAU withdrew the romance scam proceeds from the Citizens Adams account in several structured transactions in Massachusetts.

23. In or about February 2020, Co-Conspirator-5 ("CC-5") met Victim-3 online and told her that he was a member of the United States military stationed abroad, and that he needed money to leave the military and travel to the United States to live with Victim-3.

24.     On or about May 4, 2020, MUSAU used a fake South African passport in the name of "Precious Adams" to open a Bank of America account (the "Bank of America Adams account") in Massachusetts.   To open that account, MUSAU provided the bank with the mailing address of CC-1 in Dorchester, Massachusetts.

25.     In or about May 2020, CC-5 requested that Victim-3 send $8,000 to the Bank of America Adams account.

26.     On or about May 18, 2020, MUSAU withdrew the romance scam proceeds from the Bank of America Adams account in several structured transactions in Massachusetts.

## COUNT ONE
### Conspiracy to Commit Bank Fraud and Wire Fraud
### (18 U.S.C. § 1349)

The United States Attorney Charges:

27. The United States Attorney re-alleges and incorporates by reference paragraphs 1-26 of this Information.

28. From in or about 2018 through in or about 2020, in the District of Massachusetts and elsewhere, the defendant,

**FLORENCE MWENDE MUSAU,**
also known as "Catherine Muthoki,"
also known as "Precious Adams,"
also known as "Sarah James,"

conspired with others known and unknown to commit the following offenses:

a. bank fraud, that is, to knowingly execute, and attempt to execute, a scheme and artifice to defraud federally insured financial institutions, that is, Santander Bank, Bank of America, and Citizens Bank, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Santander Bank, Bank of America, and Citizens Bank by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344; and

b. wire fraud, that is, having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, to transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures and sounds, for the purpose of executing the scheme to defraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

### FORFEITURE ALLEGATION
(18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A) and 28 U.S.C. § 2461)

The United States Attorney further charges:

29. Upon conviction of the offense in violation of Title 18, United States Code, Section 1349, set forth in Count One, the defendant,

FLORENCE MWENDE MUSAU,
also known as "Catherine Muthoki,"
also known as "Precious Adams,"
also known as "Sarah James,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense. The property to be forfeited includes, but is not limited to, the following:

    a. $349,375.37, to be entered in the form of a forfeiture money judgment.

30. If any of the property described in Paragraph 29, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), both incorporating Title 21, United States

Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 29 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and Title 28, United States Code, Section 2461.

Respectfully submitted this 16th day of May 2021.

                                          NATHANIEL R. MENDELL
                                        Acting United States Attorney

By:    */s/ Ian Stearns*
        IAN STEARNS
        Assistant United States Attorney
        District of Massachusetts