UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )   DOCKET NO. 21-CR-10190-ADB
FLORENCE MWENDE MUSAU           )
        Defendant,              )
_____)

**MOTION TO FILE UNDER SEAL**

The Defendant, Florence Mwende Musau respectfully moves, pursuant to 49 of the Federal Rules of Criminal Procedure and local rule 5.4  for permission to file a document under seal. Assistant United States Attorney Ian Stearns  accents to this request.

                                    Respectfully submitted,

Dated: 6/28/21
                                    /s/ Dakota Martin
                                    Dakota D. Martin
                                    BBO #671288
                                    Dakota Martin Law
                                    One Washington Mall #1106
                                    Government Center
                                    Boston, MA 02108
                                    ddm@dakotamartinlaw.com
                                    t. 617.657.4529| f. 866.503.0882


                CERTIFICATE OF SERVICE

    I certify that this document, filed through the ECF filing system will be sent electronically to all listed parties.
                                    /s/ Dakota Martin
                                    Dakota Martin