```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

```
_____
UNITED STATES OF AMERICA       )
                               )
      v.                       )
                               )  DOCKET NO. 21-CR-10190-ADB
FLORENCE MWENDE MUSAU          )
      Defendant,               )
_____ )
```

## MEMORANDUM IN SUPPORT OF PRESENTENCE RELEASE

The Defendant Florence Mwende Musau respectfully moves, pursuant to 18 U.S.C. § 3142(a)(2)(c) to be released from the Wyatt Detention Center with certain restrictions, including GPS monitoring, a surety, who will take custody of the Defendant and report any violation to the court as well as an unsecured appearance bond in the amount of $50,000.00. Defendant opposes the request by the United States for continued detention pursuant to 18 U.S.C. § 3142(f)(2)(A) and submits that though she has minimal ties not just to the city of Boston, but the United States of America, she is not a flight risk. Under the Bail Reform Act there is a presumption of release and although her ties are minimal, she should not be detained. She appears before the Court with no criminal record.

In support of this request, Defendant submits the attached affidavit prepared by counsel as well as letters of support.

                                      Respectfully submitted,

Dated: 6/28/21

                                      Dakota D. Martin  
                                      BBO #671288  
                                      Dakota Martin Law  
                                      One Washington Mall #1106  
                                      Government Center  
                                      Boston, MA 02108  
                                      ddm@dakotamartinlaw.com  
                                      t. 617.657.4529| f. 866.503.0882

                                   <u>CERTIFICATE OF SERVICE</u>

    I certify that this document, filed through the ECF filing system will be sent electronically to all listed parties.

                                        Dakota Martin