```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
_____
UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )   DOCKET NO. 21-CR-10190-ADB
FLORENCE MWENDE MUSAU           )
        Defendant,              )
_____ )
```

## ATTORNEY AFFIDAVIT IN SUPPORT OF MEMORANDUM FOR PRESENTENCE RELEASE

I, Dakota D. Martin do hereby swear and depose the following:

1. I represent Florence Mwende Musau in the above captioned matter.

2. Prior to being arrested and detained, Florence Musau was living at 32 Neponset Street, #1206 in Canton, MA.

3. Regarding the residence, I have personally spoken with Wingate Properties, property manager Melissa Geaney, concerning Ms. Musau's apartment unit, most recently last week. Ms. Geaney informed me that although there an eviction proceeding is underway, Ms. Musau is welcome and can legally stay in the apartment for the foreseeable future.

4. Ms. Geaney was also amenable to relocating my client to a smaller, less expensive apartment, if one becomes available.

5. Ms. Geaney also stated that Ms. Musau would not be barred from the residence as a result of the conviction as it is not among the enumerated crimes listed in the lease that would cause automatic exclusion.

6. Ms. Musau's brother and family will pay her rent and bills until the case is adjudicated. This can be done through a rental portal which would allow Ms. Musau's brother and family, to pay her rent online, in lieu of mailing checks Kenya.

7. Although Ms. Musau is optimistic that she will be granted permission to work, I am not, having reviewed the attached application for employment authorization. The current status of her request remains "under review". Despite this setback, her family will support her while she awaits sentencing. Letter from brother attached.

8. Ms. Musau worked for JOS Staffing in Lynn for almost two years. I confirmed this with Mr. John, with whom I spoke in early June but I was unable to obtain a letter from him.

9. Following that job, Ms. Musau worked for Premier Health Systems for a short time, just prior to her arrest. A letter confirming this is attached.

10. Ms. Musau has no family in the area but does have friends. Additionally she has some ties to the community, through a local church which she attended prior to her arrest.

11. I spoke to one friend, Dalida Colas on June 4th. She told me that Florence was friend, that she was kind, caring and hard working but I wasn't able to secure a letter from her.

12. I interviewed another friend, Santa Marquez. Ms. Marquez has substantial health issues so I drafted a letter based on what she told me in the interview. I provided the draft to her for review and a signature which she did on June 27, 2021. The letter is attached. It is my understanding that Ms. Marquez spoke to probation a few months ago and was willing to take custody of Ms. Musau.

13. Ms. Musau has agreed to sign an unsecured personal bond in the amount of $40,000.00.

14. Ms. Musau has a family who cares deeply for her, and despite their disappointment in her actions, they stand behind her.

15. If released, Ms. Musau has every intention of following all of the Court's orders and conditions.

Sworn to under the pains and penalties of perjury on this 28th day of June, 2021.

Dakota D. Martin
bbo#671288