Passport / Passeport

**REPUBLIC OF SOUTH AFRICA / REPUBLIQUE D'AFRIQUE DU SUD**

Type / Type: PA
Country code / Code du pays: ZAF
Passport No / No du passeport: A06593164

Surname / Nom: ADAMS
Given names / Prenoms: PRECIOUS
Nationality / Nationalité: SOUTH AFRICAN / SUD-AFRICAIN
Date of birth / Date de naissance: 18 SEP 1989
Identity No / No d'identité: 8909185603170
ZAF SA 52299
Sex / Sexe: F
Place of birth / Lieu de naissance: ZAF
Date of issue / Date de délivrance: 19 JUN 2018
Date of expiry / Date d'expiration: 18 JUN 2028
Authority / Autorité: DEPT OF HOME AFFAIRS
Holder's signature / Signature du titulaire: precious

```
PAZAFADAMS<<PRECIOUS<<<<<<<<<<<<<<<<<<<<<<<<<<<
A06593164ZAF8909184F2806184890918560317O<44
```

GOVERNMENT EXHIBIT 13 — 21-cr-10190-ADB



ADMITTED NYC
NOV 0 8 2018
Class B2
Until MAY 10, 2019



**VISA — UNITED STATES OF AMERICA**

- Issuing Post Name: JOHANNESBURG
- Surname: ADAMS
- Given Name: PRECIOUS
- Passport Number: A06593164
- Entries: M
- Control Number: 20189050124437
- Sex: F
- Birth Date: 18SEP1989
- Issue Date: 24OCT2018
- Visa Type/Class: R R1/R2
- Nationality: ZAF
- Expiration Date: 23OCT2020
- 1010
- 69229063

VNUSAADAMS<<PRECIOUS<<<<<<<<<<<<<<<<<<<<<<<<
A065931647ZAF8909185F2010237B3JBG01LR045198

GOVERNMENT EXHIBIT 14 — 21-cr-10190-ADB



United Kingdom of Great Britain and Northern Ireland
Passport

Type/Type: P
Code of issuing State/Code de l'Etat émetteur: GBR
Passport No/Passeport No.: 973615249

Surname/Nom (1): MUTHOKI
Given names/Prénoms (2): CATHERINE
Nationality/Nationalité (3): BRITISH CITIZEN
Date of birth/Date de naissance (4): 03 OCT /OCT 89
Sex/Sexe (5): F
Place of birth/Lieu de naissance (6): LONDON
Date of issue/Date de délivrance (7): 16 JUL /JUIL 15
Authority/Autorité (8): UKPA
Date of expiry/Date d'expiration (9): 16 JUL /JUIL 25
Holder's signature/Signature du titulaire (10): Muthoki

P<GBRMUTHOKI<<CATHERINE<<<<<<<<<<<<<<<<<<<<<<
9736152492GBR8910034F2507168<<<<<<<<<<<<<<02

GOVERNMENT EXHIBIT 16
21-cr-10190-ADB



GOVERNMENT EXHIBIT 17 — 21-cr-10190-ADB



973615249

GOVERNMENT EXHIBIT
18
21-cr-10190-ADB

