[1]UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                                    NO. 21-cr-10190-ADB

v.

FLORENCE MWENDA MUSAU,
    Defendant.

ORDER ON GOVERNMENT'S MOTION FOR DETENTION
PENDING SENTENCING (#53).

KELLEY, U.S.M.J.

    Ms. Musau recently pled guilty by way of information to Conspiracy to Commit Bank Fraud and Wire Fraud in violation of 18 U.S.C. § 1349. (#44.) Her plea was on June 21, 2021; sentencing is scheduled for October 14, 2021. (##46, 49.) She was arrested on March 25, 2021 for the offense, held in custody, and never had a detention hearing before this court; instead, she moved to continue the hearing multiple times before pleading guilty. (##20, 28, 36.) After her guilty plea, she filed a motion for release (although styled as a memorandum on the docket, #52). The government responded by filing a motion for detention (#53). Judge Burroughs referred the motions to this court. The court held a hearing on the motions on July 9, 2021. (#57.)

    At the hearing the parties agreed that the court should proceed under 18 U.S.C. § 3143(a), which is the statute that governs release after a plea of guilty, according to which a person who has

been found guilty of an offense and is awaiting sentencing shall be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released. The government only argued risk of flight with regard to Ms. Musau.

The court finds by clear and convincing evidence that Ms. Musau is likely to flee. The reasons are many: she is a citizen of Kenya with no legal status here; she will certainly be deported after serving a sentence; she is facing a lengthy sentence with a guidelines sentencing range of 51 to 63 months; she has no family in the United States; her entire family resides in Kenya; and she defrauded numerous victims out of more than one million dollars in "romance scams" while using three fake passports (which the government notes are sophisticated counterfeits) to open more than a dozen fraudulent bank accounts.

The court thus allows the government's motion for detention pending sentencing (#53).

IT IS ORDERED:

1. That defendant be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility;

2. That she be afforded a reasonable opportunity for private consultation with counsel; and

3. That on order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which she is detained and confined shall deliver him to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

July 12, 2021

                                               /s/ M. Page Kelley  
                                              M. PAGE KELLEY  
                                              United States Magistrate Judge