FILED
IN CLERKS OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

2021 NOV 17 AM 12: 05

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| PLANTIFF ) | |
| ) | 1:21-cr-10190-ADB |
| VS. ) | |
| ) | |
| FLORENCE MWENDE MUSAU ) | DEFENDANTS MOTION FOR |
| ) | |
| DEFENDANT ) | DISCOVERY AND INSPECTION |
| ) | |

Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, <u>Florence Mwende Musau</u>, the defendant in this action, demands disclosure for purposes of inspection and/or copying and/or photographing each of the following:

1. All relevant written or recorded statements made by the defendant, or copies of those statements that are within the possession, custody, or control of the Government, the existence of which are known or by the exercise of due diligence may become known to the attorney for the Government.

2. The substance of any oral statement that the governments intends to use at trial and that was made by the defendant, whether before or after arrest, in response to interrogation by any person then known to the defendant to be a government agent.

3. That portion of any written record containing the substance of any relevant oral statement that was made by the defendant, whether before or after arrest, in response to interrogation by any person then known to the defendant to be a government agent.

4. All recorded testimony of the defendant before a grand jury that relates to the offenses charged.

5. A copy of the defendants prior criminal record, if any, that is within the possession, custody, or control of the Government, the existence of which are known or by the exercise of due diligence may become known to the attorney for the Government.

6. All books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions or these items, that are within the possession, custody, or control of the Government and that the Governments intends to sue as evidence in its case-in-chief at the trial.

7. All books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions or these items, that were obtained from the defendant.

8. All results or reports of physical or mental examinations, and scientific tests or experiments, or copies of those results or reports, that are within the possession, custody, or control of the Government the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government, and that the Government intends to use as evidence in its case-in-chief at the trial.

9. All material now known to the government, or that may become known, or that through due diligence may be learned from the investigating officers or the witnesses in the case, that is exculpatory in nature or favorable to the accused or that may lead to exculpatory material. This request includes the reports of any investigations carried out by the FBI or the police of suspects other than the defendant.

Material may be returned in paper and/or electronic form to:

Florence Mwende Musau
Donald W. Wyatt Detention Facility
950 High Street
Central Falls RI, 02863


Respectfully submitted this 15th day of November, 2021.



                                                      Florence Mwende Musau